IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFTON-JEREL: JONES, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PARKING | : | |
| AUTHORITY, et al., | : | NO. 11-4699 |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of October, 2011, upon consideration of *pro se* Plaintiff Clifton-Jerel: Jones's Motion (Doc. No. 8), which the Court construes to be a Motion to Reconsider the Court's September 14, 2011 Order denying Mr. Jones's request for recusal (Doc. No. 7), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion (Doc. No. 8) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge