IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFTON-JEREL: JONES** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA PARKING** | : | |
| **AUTHORITY, et al.** | : | **NO. 11-4699** |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 25th day of March, 2015, upon consideration of the Motion of Defendant, City of Philadelphia ("City"), to Dismiss Plaintiff's Third Amended Complaint (ECF Document 62), Defendant's brief in support thereof, and plaintiff's opposition thereto, for reasons given in the accompanying Memorandum, it is hereby **ORDERED** that:

    1. Defendant's Motion to Dismiss (Document 62) is **GRANTED**, and this case is **DISMISSED** in its entirety, with prejudice, in accordance with this Order;

    2. Any remaining pending petitions, motions, and requests filed by plaintiff are **DISMISSED** as moot;

    3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

BY THE COURT:

s/ L. Felipe Restrepo
----------------------------------------------
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE